UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RAHEEM JAMES,

                   Defendant.

**ORDER**

17 Cr. 63 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The hearing in this matter, previously scheduled for April 13, 2021, is adjourned to **May 18, 2021, at 12:00 p.m.**

Dated: New York, New York
       April 12, 2021

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge