UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RAHEEM JAMES,

                      Defendant.

**ORDER**

17 Cr. 63 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court conducted a hearing today in this matter concerning alleged violations of supervised release. On consent of the parties and the Probation Office, all specifications set forth in the March 10, 2021 Violation Report are dismissed.

Dated: New York, New York
       New York, May 18, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge